[No. 45228-6-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LEWIS
YANAC, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 12-1-00955-2, Jeanette Dalton, J., entered August 9, 2013. *Reversed* and *remanded with instructions* by
unpublished opinion per Johanson, C.J., concurred in by
Maxa and Lee, JJ.

[Nos. 45253-7-II; 45256-1-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. KEELAN BERNICE
PREDMORE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL FREDRICK
PREDMORE, *Respondent*.

Appeals from judgments of the Superior Court for Pierce
County, No. 12-1-02910-7, John A. McCarthy, J., entered
August 2, 2013. *Affirmed* by unpublished opinion per
Sutton, J., concurred in by Worswick and Melnick, JJ.

[Nos. 45274-0-II; 45280-4-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LYNN DAVIS,
*Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 12-1-03559-0, Gerald T. Costello, J., entered
August 22, 2013. *Affirmed* by unpublished opinion per
Melnick, J., concurred in by Worswick and Sutton, JJ.